IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BAYER INTELLECTUAL PROPERTY GMBH, et al., | : <br> : <br> : |
| Plaintiffs, | : <br> : |
| v. | :      Civil Action No. 17-648-RGA <br> : |
| SIGMAPHARMA LABORATORIES, LLC, | : <br> : <br> : |
| Defendant. | : |

### ORDER

WHEREAS, the above-captioned case was stayed on August 22, 2018, due to litigation that is presently pending before the Court (see D.I. 119 in Lead Civil Action 17-462-RGA);

NOW THEREFORE, IT IS HEREBY ORDERED that, the above-captioned case is **ADMINISTRATIVELY CLOSED**. The parties shall promptly notify the Court when the related litigation has been resolved so this case may be reopened and other appropriate action may be taken.

8/23/18
DATE

_/s/ Richard G. Andrews_
UNITED STATES DISTRICT JUDGE